NILS H. WINTHER, by CHRISTIAN WINTHER, His Guardian ad Litem, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

(Argued October 4, 1929; decided October 22, 1929.)

*Noel S. Symons* and *Raymond C. Vaughan* for appellant.
*Harold J. Adams* and *Percy R. Smith* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.